Richard W. Havel (SBN 52922)
Robert A. Holland (SBN 174642)
Christina M. Craige (SBN 251103)
Ariella T. Simonds (SBN 260940)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: rhavel@sidley.com
       rholland@sidley.com
       ccraige@sidley.com
       asimonds@sidley.com

Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
Email: rsandrock@sidley.com

*Attorneys for Canpartners Realty Holding Company IV LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CMR MORTGAGE FUND, LLC, <br><br> Appellant, <br><br> v. <br><br> CANPARTNERS REALTY HOLDING COMPANY IV LLC, <br><br> Appellee | Case No. 3:10-CV-00477 (MHP) <br><br> (Related cases 3:09-CV-01299 (MHP) and 3:09-CV-01842 (MHP)) <br><br> **STIPULATION REQUESTING AN ORDER ENLARGING THE TIMES FOR FILING THE APPELLEE'S BRIEF AND THE APPELLANT'S REPLY BRIEF** |

1  Pursuant to Federal Rule of Bankruptcy Procedure 9006, and Bankruptcy Local Rule 9006-1, made applicable to this appeal by Civil Local Rule 16-4, both parties to the above-captioned appeal stipulate and respectfully request that this Court enlarge the times provided under Federal Rule of Bankruptcy Procedure 8009 for filing the Appellee's brief and the Appellant's reply brief such that: (i) the time for the Appellee to file its brief in this appeal shall be extended to June 21, 2010, and (ii) the time for the Appellant to file its reply brief in this appeal shall be extended to July 15, 2010.

DATED: May 25, 2010                    SIDLEY AUSTIN LLP

By: /s/ Ariella T. Simonds
Richard W. Havel (SBN 52922)
Robert A. Holland (SBN 174642)
Christina M. Craige (SBN 251103)
Ryan M. Sandrock (SBN 251781)
Ariella T. Simonds (SBN 260940)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email:  rhavel@sidley.com
        rholland@sidley.com
        rsandrock@sidley.com
        ccraige@sidley.com
        asimonds@sidley.com

*Attorneys for Canpartners Realty Holding Company IV LLC*

DATED: May 25, 2010                    WENDEL, ROSEN, BLACK & DEAN, LLP

By: /s/ Thiele R. Dunaway
Penn Ayers Butler (SBN 56663)
Daniel Rapaport (SBN 67217)
Elizabeth Berke-Dreyfuss (SBN 114651)
Thiele R. Dunaway (SBN 130953)
WENDEL, ROSEN, BLACK & DEAN LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

*Attorneys for CMR Mortgage Fund, LLC*

1  PURSUANT TO STIPULATION, IT IS ORDERED that: (i) the time for the Appellee to file its brief in this appeal is extended to June 21, 2010, and (ii) the time for the Appellant to file its reply brief in this appeal is extended to July 15, 2010.

DATED: _5/26_____, 2010



_____
United States District Court Judge