Penn Ayres Butler (Bar No. 56663)
Daniel Rapaport (Bar No. 67217)
Elizabeth Berke-Dreyfuss (Bar No. 114651)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Appellant
CMR Mortgage Fund, LLC, a California
limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CMR MORTGAGE FUND, LLC,<br><br>Debtor. | Appellate Case No. 3:10-CV-00477 (MHP)<br><br>(Related Cases 3:09-CV-01299 (MHP) and 3:09-CV-01842 (MHP) (Consolidated))<br><br>Bankruptcy Court Case No. 08-32220 |
| CMR MORTGAGE FUND, LLC,<br><br>Appellant,<br><br>vs.<br><br>CANPARTNERS REALTY HOLDING COMPANY IV LLC,<br><br>Appellee. | **DISMISSAL OF APPEALS BY STIPULATION OF PARTIES PURSUANT TO F.R.A.P. 42(b)** |

170508.1

1  Pursuant to Federal Rule of Appellate Procedure 42(b), the matters that are the subject of
2  the pending appeals having been settled, with approval of the Bankruptcy Court by its orders
3  entered on September 27, and October 6, 2010, the parties to the above-captioned appeal and all
4  related appeals, through their undersigned counsel, hereby stipulate to dismissal of these appeals
5  (Case Nos. 3:10-CV-00477 (MHP); 3:09-CV-01299 (MHP) and 3:09-CV-01842 (MHP)).

6  The parties have agreed that each party will bear its own costs and fees on appeal.

8  Dated: October 13, 2010   WENDEL, ROSEN, BLACK & DEAN LLP

10  By: *[signature]*
    Elizabeth Berke-Dreyfuss

12  Attorneys for Appellant
    CMR Mortgage Fund, LLC

14  Dated: October 13, 2010   SIDLEY AUSTIN LLP

16  By: *[signature]*
    Richard W. Havel

18  Attorneys for Appellee
    Canpartners Realty Holding Company IV LLC

10/18/2010

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA